UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMSON WOUBETU,                          )
                                         )
            *Plaintiff*,                  )
                                         )
      v.                                 )            Civil Action No. 22-3848  (UNA)
                                         )
CHERNET YIGREM, *et al.*,                 )
                                         )
            *Defendants*.                 )

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.  The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint alleges in vague terms that defendants "have refused" plaintiff, that "Priest Metenu . . . wants to kill" plaintiff, that "all priests have been threatening" plaintiff, and

1

that "other priests and Christian people" disrespect plaintiff. Compl. at 1. Further, it alleges that unidentified persons consider plaintiff to be "Satan." *Id.* Missing from the complaint, however, is a statement establishing a basis for this Court's jurisdiction and a demand for relief. Furthermore, there are so few factual allegations that defendants cannot reasonably be expected to identify the claim or claims brought against them, rendering them unable to prepare a proper response.

As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a) and, therefore, must be dismissed. A separate order will issue.


DATE: January 31, 2023
/s/
CHRISTOPHER R. COOPER
United States District Judge